In the Matter of THEODORE ADAMS, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Appeal from an order denying appellant's application to direct respondent to restore him to service as a teacher in the public schools, and dismissing the petition and proceeding. Order unanimously affirmed, without costs. This record discloses merely a conflict of opinion as to the degree and extent of appellant's disability and the effect thereof on his fitness to be restored to service as a teacher. The mere existence of differences of opinion as to appellant's fitness to be restored to service does not entitle him to a hearing, nor would the court be warranted in finding that a determination made by the board to act on the advice of its own officials was arbitrary or capricious.

(*Matter of Collery* v. *Teachers' Retirement Bd.*, 267 App. Div. 835, affd. 294 N. Y. 705; *Matter of Strauss* v. *Hannig*, 256 App. Div. 662, affd. 281 N. Y. 612.) Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ. [See *post*, p. 968.]